# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

_____

|  |  |
|---|---|
|  | OCTOBER 2013 GRAND JURY<br>(Impaneled 10/28/13) |
| **THE UNITED STATES OF AMERICA** |  |
| *-vs-* | **INDICTMENT** |
| **RONNIE PARKER** | Violation:<br>Title 18, United States Code,<br>Section 871<br>(1 Count) |

### COUNT 1
**(Making a Threat Against the President)**

**The Grand Jury Charges That:**

On or about February 7, 2014, in the Western District of New York, the defendant, RONNIE PARKER, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, the defendant told a special agent of the United States Secret Service that he was going to "find him (the President) and kill him"; he would need to find the President's schedule on the internet, find a gun, then travel to where he was; he "would wait till (the President) got out of the motorcade or came to shake hands; he "would have to kill the people around (the President) to get to him"; and he would find a gun and shoot the President if he came by today.

**All in violation of Title 18, United States Code, Section 871.**

DATED:  Rochester, New York, April 10, 2014.

                    WILLIAM J. HOCHUL, JR.
                    United States Attorney

BY:   /s/Craig R. Gestring
       CRAIG R. GESTRING
       Assistant U.S. Attorney
       United States Attorney's Office
       Western District of New York
       100 State Street
       Rochester, New York 14614
       (585) 399-3900
       craig.gestring@usdoj.gov

A TRUE BILL:

/s/Foreperson
FOREPERSON