AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

___WESTERN___ DISTRICT OF ___NEW YORK___

UNITED STATES OF AMERICA

V.

RONNIE PARKER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 14-CR-6045-EAW-MWP

*FILED JAN 15 2016 — MARY C. LOEWENGUTH, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY*

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Elizabeth A. Wolford        District Judge
Name of Judge               Title of Judge

1-14-16
Date